JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:    702/948-8773
*Attorney for Defendants Sel Sales, Inc.,*
*Selco Products Company, and Selco Products, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SENTRY INSURANCE A MUTUAL COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SEL SALES, INC, SELCO PRODUCTS COMPANY, AND SELCO PRODUCTS, INC. <br><br> Defendants. | Case No.: 2:20-cv-01817-KJD-NJK <br><br> **STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff and Defendants state the following:

1. The Complaint was filed on September 30, 2020.  (ECF No. 1).

2. Defendants were provided a Waiver of Summons and Complaint on October 6, 2020, which waiver was executed by and/or on behalf of Defendants on October 28, 2020.

3. Pursuant to the Federal Rules of Civil Procedure, Defendants have 60 days to file a response to the Complaint, or until December 7, 2020.

4. Defendants need and have requested a brief extension of time to prepare a response to the Complaint.  The extension is sought due to workload of counsel and additional time that is needed to complete briefing in connection with potential motion practice.

5. The parties agree to extend the date for Defendants to answer or otherwise respond to the Complaint from December 7, 2020 to **December 21, 2020**.

6.    This short extension is being sought for good cause as discussed above and not for the purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

| VON BRIESEN & ROPER, S.C. | SANTORO WHITMIRE |
|---|---|
| */s/ Lee Anne N. Conta* | */s/ James E. Whitmire* |
| LEE ANNE N. CONTA, ESQ. | JAMES E. WHITMIRE, ESQ. |
| (admitted pro hac vice) | Nevada State Bar No. 6533 |
| 411 East Wisconsin Avenue, Ste. 1000 | 10100 W. Charleston Blvd., Suite 250 |
| Milwaukee, WI 53202 | Las Vegas, NV 89135 |
| Tel: 414-287-1520 | Tel: 702.948.8771 |
| E-mail: lconta@vonbriesen.com | E-mail: jwhitmire@santoronevada.com |
| | *Attorney for Defendants* |

SELMAN BREITMAN LLP

MICHAEL J. LIN, ESQ.
Nevada State Bar No. 13711
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel: 702.228.7717
E-mail: mlin@selmanlaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 7, 2020