MICHAEL J. LIN
NEVADA BAR NO. 13711
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone:    702.228.7717
Facsimile:     702.228.8824
Email: mlin@selmanlaw.com

LEE ANNE N. CONTA (admitted pro hac vice)
PHILIP C. REID (admitted pro hac vice)
RYAN P. FETHERSTON (admitted pro hac vice)
VON BRIESEN & ROPER, S.C.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Telephone:    414-287-1520
Facsimile:     414-238-6640
Email: lconta@vonbriesen.com

Attorneys for Plaintiff,
SENTRY INSURANCE A MUTUAL COMPANY

**IN THE UNITED STATE DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SENTRY INSURANCE A MUTUAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SEL SALES, INC.,<br>SELCO PRODUCTS COMPANY, and<br>SELCO PRODUCTS, INC.<br><br>Defendants. | Case No.    2:20-cv-01817-KJD-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO ABSTAIN AND DISMISS OR, ALTERNATIVELY TO TRANSFER VENUE**<br><br>**(First Request)** |

The Parties have stipulated to give Plaintiff, Sentry Insurance A Mutual Company ("Sentry" or "plaintiff") a fifteen day (15) day extension of time to file its Opposition to Sel Sales, Inc., Selco Products Company, and Selco Products, Inc.'s ("Selco") Motion to Abstain and Dismiss or, Alternatively to Transfer Venue.

Sentry served its complaint on Selco on October 6, 2020.  Selco requested a fourteen (14) day extension of time to respond to the complaint, which Sentry granted.  On December 21, 2020,

Selco filed its Motion to Dismiss. [ECF No. 16.]

Good cause exists for the extension as the Motion was filed three days before the Christmas holidays and counsel for plaintiff have pre-scheduled time off before the opposition is due. In addition, counsel for plaintiff has pre-existing motions set in other matters in the first two weeks of January 2021. The motion to dismiss raises multiple legal issues and plaintiff requires adequate time to respond.

IT IS STIPULATED AND AGREED by and between the parties that Sentry shall have up to and including January 19, 2021, to file its Opposition to Selco's Motion to Abstain and Dismiss or, Alternatively to Transfer Venue (ECF No. 16).

**IT IS SO AGREED AND STIPULATED:**

| VON BRIESEN & ROPER, S.C. | SANTORO WHITMIRE |
|---|---|
| */s/ Lee Anne N. Conta* | */s/ James E. Whitmire* |
| LEE ANNE N. CONTA, ESQ. | JAMES E. WHITMIRE, ESQ. |
| (admitted pro hac vice) | Nevada State Bar No. 6533 |
| 411 East Wisconsin Avenue, Ste. 1000 | 10100 W. Charleston Blvd., Suite 250 Las |
| Milwaukee, WI 53202 Tel: 414-287-1520 | Vegas, NV 89135 Tel: 702.948.8771 |
| E-mail: lconta@vonbriesen.com | E-mail: jwhitmire@santoronevada.com |
| | *Attorney for Defendants* |

SELMAN BREITMAN LLP

MICHAEL J. LIN, ESQ.
Nevada State Bar No. 13711
3993 Howard Hughes Parkway, Suite 200 Las
Vegas, NV 89169 Tel: 702.228.7717
E-mail: mlin@selmanlaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_12/29/2020_____