JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:	702/948-8771
Facsimile:	702/948-8773
*Attorney for Defendants Sel Sales, Inc.,*
*Selco Products Company, and Selco Products, Inc.*

Laura F. Locklair, Esq. *(To Be Admitted Pro Hac Vice)*
S.C. Bar No. 77679
BOYLE & LEONARD, P.A.
P.O. Box 31578
Charleston, SC 29417
Tel.: 239-337-1303
llocklair@insurance-counsel.com
eservice@insurance-counsel.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SENTRY INSURANCE COMPANY,<br><br>            Plaintiff,<br>vs.<br><br>SEL SALES, INC, SELCO PRODUCTS COMPANY, AND SELCO PRODUCTS, INC.<br><br>            Defendants. | Case No.: 2:20-cv-01817-KJD-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO ABSTAIN AND DISMISS OR, ALTERNATIVELY, TO TRANSFER VENUE** |

Plaintiff and Defendants state the following:

1.	Defendants filed a Motion to Abstain and Dismiss or, Alternatively, to Transfer Venue on December 21, 2020.  (ECF No. 16).

2.	Plaintiff filed a Response to Defendants' Motion to Abstain and Dismiss or, Alternatively, to Transfer Venue on January 19, 2021 (ECF No.26).

3. Pursuant to the Federal Rules of Civil Procedure, Defendants' Reply to Plaintiff's Response to Defendants' Motion to Abstain and Dismiss or, Alternatively, to Transfer Venue is due on January 26, 2021.

4. Defendants need and have requested a brief extension of time to prepare a short Reply to Plaintiff's Response to Defendants' Motion to Abstain and Dismiss or, Alternatively, to Transfer Venue. The extension is sought due to workload of counsel and additional time that is needed to gather information and respond to issues that are addressed in Plaintiff's Response to Defendants' Motion to Abstain and Dismiss or, Alternatively, to Transfer Venue.

5. The parties agree to extend the date for Defendants to file their Reply to Plaintiff's Response to Defendants' Motion to Abstain and Dismiss or, Alternatively, to Transfer Venue to **February 2, 2021**.

6. This short extension is being sought for good cause as discussed above and not for the purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| VON BRIESEN & ROPER, S.C. | SANTORO WHITMIRE |
| */s/ Lee Anne N. Conta* | */s/ James E. Whitmire* |
| LEE ANNE N. CONTA, ESQ. | JAMES E. WHITMIRE, ESQ. |
| (admitted pro hac vice) | Nevada State Bar No. 6533 |
| 411 East Wisconsin Avenue, Ste. 1000 | 10100 W. Charleston Blvd., Suite 250 |
| Milwaukee, WI 53202 | Las Vegas, NV 89135 |
| Tel: 414-287-1520 | Tel: 702.948.8771 |
| E-mail: lconta@vonbriesen.com | E-mail: jwhitmire@santoronevada.com |
| | |
| SELMAN BREITMAN LLP | *Attorney for Defendants* |
| | |
| CASEY J. QUINN, ESQ. | |
| Nevada State Bar No. 11248 | |
| 3993 Howard Hughes Parkway, Suite 200 | |
| Las Vegas, NV 89169 | |
| Tel: 702.228.7717 | **IT IS SO ORDERED:** |
| E-mail: cquinn@selmanlaw.com | *[signature]* |
| | United States District Judge |
| *Attorneys for Plaintiff* | |
| | DATED: 1/28/2021 |

- 2 -